# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUTH MASON

VERSUS

USAA CASUALTY INSURANCE
COMPANY, MATTHEW WUNDER, AND
ALLSTATE PROPERITY AND
CASUALTY INSURANCE COMPANY

NO.  2026 CW 0140

**MARCH 06, 2026**

---

In Re:    Matthew Wunder, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          726484.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT